[No. 32934-8-III.   Division Three.   September 22, 2016.]

ESTATE OF JOAN R. EIKUM ET AL., *Appellants*, v. SAMUEL JOSEPH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01990-2, Annette S. Plese, J., entered October 30, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33154-7-III.   Division Three.   September 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALDO MIGUEL GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-8-00586-6, Douglas L. Federspiel, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 33275-6-III.   Division Three.   September 22, 2016.]

*In the Matter of the Marriage of* DAVID MAULEN, *Respondent*, and NANCY PIMENTEL, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 13-3-00077-3, Steven B. Dixon, J., entered April 6, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.